IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| P. S. PRODUCTS, INC., and <br> BILLY PENNINGTON, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> MAXSELL CORPORATION and <br> VITO CONFINO, Individually, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * No. 4:12CV00214 SWW <br> * <br> * <br> * <br> * <br> * <br> * |

Order

Upon plaintiffs' motion to dismiss this action with prejudice stating that the issues have been resolved,

IT IS THEREFORE ORDERED that the motion is granted, and the above cause of action hereby is dismissed with prejudice.

DATED this 7th day of February, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE